IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HENRICKS, | : | |
| Plaintiff, | : | Civil Action 2:08-cv-580 |
| v. | : | Judge Smith |
| PICKAWAY CORRECTIONAL INSTITUTION, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

## ORDER

On December 19, 2008, the Magistrate Judge issued a report and recommendation that this case be dismissed as against Defendants OSU Medical Center, and Drs. Katz, Fries, Armen, and Pleister. Objections to this report and recommendation were due by January 9, 2009.

On December 31, 2008, Plaintiff filed a "Notice of Plaintiff's Voluntary Dismissal" with respect to these defendants. Given Plaintiff's clear lack of objection to the report and recommendation, and on *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 55) is **ADOPTED**. This case is hereby **DISMISSED** as against Defendants OSU Medical Center, Dr. Sherman Katz, Dr. Scott Armen, Dr. Irina Pleister, and Dr. Richard Fries.

**IT IS SO ORDERED.**

*/s/George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT