FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN HENRICKS,** | : | |
| | : | Case No. 2:08cv580 |
| **Plaintiff,** | : | |
| | : | Judge Smith |
| | : | |
| **PICKAWAY CORRECTIONAL** | : | Magistrate Judge Abel |
| **INSTITUTION,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

## PROTECTIVE ORDER

Upon the request of the parties, it is hereby ORDERED:

### INFORMATION SUBJECT TO THIS ORDER

1. Any and all documents reflecting Pickaway Correctional Institution's policies for the transportation of prisoners to medical facilities, including, but not limited to, policies regarding the requirements for removing prisoner restraints to allow for the prisoner to be examined by medical professionals.

2. All training materials used to train Pickaway Correctional Institution employees on proper procedures for removing restraints from prisoners after transportation to a medical facility.

### LIMITATIONS ON THE USE OF CONFIDENTIAL INFORMATION

1. The information subject to this order will be made available for review by Plaintiff's counsel, Daniel R. Mordarski and John C. Camillus.

2. Plaintiff's counsel shall not have copies of these documents, nor shall Plaintiff's counsel show these documents to Plaintiff, John K. Henricks.

1

3. Sealed copies of these documents will be available at trial.

4. Information protected by the Protective Order may be disclosed only to:

   a. Members of the legal, paralegal, secretarial, and clerical staff of Plaintiff's counsel who are engaged in the preparation for and trial of this action;

   b. the court in which this action is pending and persons associated with it; or

   c. Expert consultants, deponents, or witnesses and their staff, but in the case of expert consultants, deponents, or witnesses, disclosure must be limited to what is necessary for the development or understanding of testimony or evidence.

5. Any party wishing to file a document with the Court which uses information subject to this Order must first move for leave to do so under seal, in accordance with the procedures established by the Local Rules of Civil Procedure.

This Order is entered solely for the purpose of protecting the confidentiality of information and facilitating the exchange of records and information between Defendants and Plaintiff's counsel. It will continue to be binding upon the parties' counsel, including any persons employed by Plaintiff's counsel, who receive information subject to this order.

**IT IS SO ORDERED.**

s/Mark R. Abel<br>
United States Magistrate Judge