IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Henricks, | : | |
| Plaintiff | : | Civil Action 2:08-cv-580 |
| v. | : | Judge Smith |
| Pickaway Corr. Inst., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

The October 5, 2012 unopposed motion of defense counsel for partial reconsideration of the Court's September 21, 2012 Order (doc. 198) is GRANTED.

The parties' amended joint proposed scheduling order (docs. 199 & 200) is adopted. All discovery must be completed by April 26, 2013, and the deadline for filing dispositive motions is May 24, 2013.

s/ Mark R. Abel
United States Magistrate Judge