IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Henricks, | : | |
| Plaintiff | : | Civil Action 2:08-cv-580 |
| v. | : | Judge Smith |
| Pickaway Corr. Inst., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

At the request of counsel, the deadline for filing dispositive motions is extended until May 29, 2013.

s/Mark R. Abel<br>
United States Magistrate Judge