# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN HENRICKS,** | : | |
| | : | **Case No. 2:08-CV-580** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Jolson** |
| **IDA GONZALES,** | : | |
| | : | |
| **Defendant.** | : | |

## INTERROGATORIES

You will be given written questions called interrogatories. You must answer them in writing, starting with the first question. You must follow carefully the directions about how to proceed, because the directions will tell you what questions to answer and how to fill out the verdict form. A question is answered when all of the jurors agree. All who agree must sign.

26

(A) WHAT AMOUNT OF COMPENSATORY DAMAGES DO YOU FIND THAT PLAINTIFF JOHN HENRICKS SUFFERED AS A RESULT OF THE DELIBERATE INDIFFERENCE OF DR. GONZALES?

STATE YOUR ANSWER IN FIGURES IN INK   $ _1,000, 000_

SIGNED THIS _18th_ DAY OF _September,_ 2016.

Proceed to Interrogatory (B).

**(B) DO YOU FIND THAT DR. GONZALES SHOULD PAY PUNITIVE DAMAGES?**

Circle One: ⬭Yes⬭ No

SIGNED THIS _18th_ DAY OF _September_, 2016.

If you answered "Yes," proceed to Interrogatory (C).

If you answered "No," proceed to the Verdict Form.

28

(C) WHAT AMOUNT OF PUNITIVE DAMAGES DO YOU ASSESS AGAINST DR. GONZALES?

STATE YOUR ANSWER IN FIGURES IN INK    $ _2,000,000_

SIGNED THIS _18th_ DAY OF _September_, 2016.

Proceed to the Verdict Form.

Complete and sign the Verdict form, and report to the Court that you have concluded your deliberations.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN HENRICKS,** | : | |
| | : | **Case No. 2:08-CV-580** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Jolson** |
| **IDA GONZALES,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT AND DAMAGES

We, the jury in the above entitled action unanimously award damages to the Plaintiff as follows.

We hereby assess the Plaintiff's compensatory damages in the sum of $ _1,000,000_ (enter amount from Interrogatory A).

We hereby assess the Plaintiff's punitive damages in the sum of: $ _2,000,000_ (enter amount, if any, from Interrogatory C).

SIGNED THIS _14th_ DAY OF _September_, 2016.

30