AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN HENRICKS | ) |
| *Plaintiff* | ) |
| v. | ) |
| PICKAWAY CORRECTIONAL INSTITUTION, et al. | ) |
| *Defendant* | ) |

Civil Action No.   2:08-cv-00580

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❐   other:

_____ .

This action was *(check one)*:

☑   tried by a jury with Judge  Marbley _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

❐   decided by Judge _____ on a motion for

_____ .

Date:   9/22/2016 _____

CLERK OF COURT

*Paula Econ____*
Signature of Clerk or Deputy Clerk